**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MISSISSIPPI PROPERTY INVESTMENTS, INC.**                          **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO.: 4:13-cv-253-MPM-JMV**

**STANLEY E. DONALD**                                                               **DEFENDANT**

## ORDER GRANTING MOTION TO STAY

The Court, having considered the motion to stay filed by the Plaintiff, and finding good cause hereby orders that all proceedings in the above-captioned cause of action are temporarily **STAYED** for thirty days, at which time the stay will be automatically lifted and the case will proceed with the existing deadlines.

**SO ORDERED**, this the 29th day of May, 2014.

                                                    /s/ Jane M. Virden
                                                    **UNITED STATES MAGISTRATE JUDGE**